# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHARON P. BANKS,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | **Case No.: 2:22-CV-00097-RDP** |
| } | |
| **E-BOX ENCLOSURES, INC., et al.** } | |
| } | |
| **Defendants.** } | |

## ORDER

This case is before the court on Plaintiff's failure to comply with the court's order. (Doc. # 5). On February 10, 2022, the court directed Plaintiff to file an amended complaint within twenty-one days from the entry date of the order. (Doc. # 5). In its February 10, 2022 Order, the court advised Plaintiff that "[f]ailure to comply with th[e] order within the time prescribed may result in the dismissal of all claims for want of prosecution. (Doc. # 5 at 18) (citing Fed. R. Civ. P. 41(b)).

The Federal Rules of Civil Procedure "expressly authorize a district court to dismiss a claim … or entire action for failure to prosecute or obey a court order or federal rule." *State Exchange Bank v. Hartline*, 693 F.2d 1350, 1352 (11th Cir. 1982); *see* Fed. R. Civ. P. 41(b). Additionally, a district court has "inherent . . . authority to enforce its orders and ensure prompt disposition of legal actions." *State Exchange*, 693 F.2d at 1352.

Plaintiff failed to file an amended complaint by March 3, 2022, as required by the court's February 10, 2022 Order. And Plaintiff has remained silent since the entry of that Order. Accordingly, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**DONE** and **ORDERED** this April 13, 2022.

_R. David Proctor_
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE